UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

BOGDAN JR., WALTER V.
HOLLAND, LISA A.

Case No. 10-33419-KRH

Chapter 7

Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4.01 |

Dated: June 21, 2011

/s/ Harry Shaia, Jr.
HARRY SHAIA, JR., Trustee 5897
8550 MAYLAND DRIVE
RICHMOND, VA  23294
(804) 747-0920

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at 701 East Broad Street, Suite 4304, Richmond, VA 23219-1885 on June 21, 2011.

/s/ Harry Shaia, Jr.
HARRY SHAIA, JR.

Date: 05/26/11                                                                                                                              Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-33419 - BOGDAN JR., WALTER V.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>    (2-1) CM | 000002 | 404.47 | 4.01 |
| ---------- Remittance Total --------------- | | 404.47 | 4.01 |

*[signature]*

HARRY SHAIA, JR., TRUSTEE